UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TATUM | CIVIL ACTION |
| VERSUS | NO: 12-1493 |
| COMMERCIAL PROPERTIES REALTY TRUST, LLC. | SECTION: "J" (3) |

**ORDER**

Before the Court is the parties' **Joint Stipulation of Dismissal with Prejudice (Rec. Doc. 21).** Accordingly,

**IT IS ORDERED** that the claims of Thad Tatum against Commercial Properties Realty Trust, LLC and CPDC Properties, L.P. be and are hereby **DISMISSED**, **with prejudice**, with each party to bear its own costs and attorneys' fees.

New Orleans, Louisiana this 19th day of February, 2013.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE